UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 14-1772

_____

DEBORAH HANSLER,
                                                     Appellant
                           v.

LEHIGH VALLEY HOSPITAL NETWORK

_____

(E. D. Pa. No. 5-13-cv-03924)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  AMBRO, FUENTES, and ROTH, Circuit Judges

        The petition for rehearing filed by appellee Lehigh Valley Hospital

Network  in the above-entitled case having been submitted to the judges who participated

in the decision of this Court, it is hereby  O R D E R E D that the petition for rehearing

by the panel is granted.  The opinion and judgment entered June 22, 2015 are hereby

V A C A T E D.[1]  A subsequent opinion and judgment will be issued.

                           BY THE COURT,

                           s/ Julio M. Fuentes
                           _____
                           Circuit Judge

_____

[1] As the merits panel has vacated the prior opinion and judgment, action is not required
by the en banc court.

Dated: August 19, 2015
CJG/cc:      Andrea M. Kirshenbaum, Esq.
              A. James Johnston, Esq.
              Karyn Dobroskey Rienzi, Esq.
              Darren M. Creasy, Esq.
              Samuel A. Dion, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk